UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 17-40001** |
| TIMOTHY D. REYNOLDS ) | **CHAPTER 13** |
| ) | |
| **DEBTOR (S)**            ) | |

## RESPONSE TO MOTION TO TERMINATE STAY

    Comes Counsel for the Debtor, the Hon. Mark Little, and for his response to the motion to terminate stay filed by Federal National Mortgage Association states the Debtor is unable to cure his arrearage. Counsel for the Debtor has no defense to the Creditor's motion to terminate stay.

    WHEREFORE, the Debtor respectively moves this Court to sustain the Creditor's motion; and all other relief to which the Debtor may appear entitled.

                                      /s/Mark Little
                                      Mark Little
                                      Attorney for the Debtor
                                      44 Union Street
                                      Madisonville, Kentucky 42431
                                      (270) 821-0110

## CERTIFICATE OF SERVICE

    I certify on October 17, 2017 I electronically filed the Response to Motion to Terminate Stay through ECF system which will send notice of electronic filing to all persons who have filed notice of appearance and request for notices in this case and forwarded a copy to Hon. Elizabeth Carullo via facsimile.

                                      /s/Mark Little
                                      Mark Little